IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MITZI J. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00434 |
| ) | |
| SUMNER COUNTY BOARD OF ) | JUDGE CAMPBELL |
| EDUCATION, ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 21). Plaintiff filed a response (Doc. No. 24), and Defendant filed a reply (Doc. No. 27). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE