# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MITZI J. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00434 |
| ) | |
| SUMNER COUNTY BOARD OF ) | JUDGE CAMPBELL |
| EDUCATION, ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has returned its verdict.

It is **ORDERED AND ADJUDGED** that the jury found in favor of Defendant Sumner County Board of Education. In accordance with the verdict of the jury, judgment is hereby entered in favor of Defendant.

This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE